UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZABEENA MAHARAJ, <br><br> Plaintiff, <br><br> v. <br><br> THE HERTZ CORPORATION, <br><br> Defendant. | Case No. 23-cv-04726-JSC <br><br> **PRETRIAL ORDER NO. 1: CASE SCHEDULE** |

Following the initial case management conference held on December 21, 2023, the Court imposes the following schedule:

| | |
|---|---|
| Exchange of Initial Disclosures: | December 20, 2023 |
| Submission of Protective Order and Remote Deposition Protocol: | January 30, 2024 |
| Deadline to File for Class Certification: | October 10, 2024 |
| Deadline to Oppose Class Certification: | November 7, 2024 |
| Deadline to Reply to Support Certification: | November 21, 2024 |
| Class Certification Hearing: | December 12, 2024 |

//
//
//
//
//
//
//

The Court has not bifurcated discovery but expects the parties will cooperate to first focus on discovery needed for class certification purposes.  The Court will hold a further case management conference on April 4, 2024 at 1:30 p.m. via Zoom video.  An updated joint case management conference statement is due seven days in advance of the conference.  The Court expects the statement to discuss the optimal timing for an initial alternative dispute resolution proceeding.

**IT IS SO ORDERED.**

Dated: December 21, 2023

JACQUELINE SCOTT CORLEY
United States District Judge