JOSHUA H. HAFFNER, SBN 188652
  jhh@haffnerlawyers.com
ALFREDO TORRIJOS, SBN 222458
  at@haffnerlawyers.com
VAHAN MIKAYELYAN, SBN 337023
  vh@haffnerlawyers.com
**HAFFNER LAW PC**
15260 Ventura Blvd., Suite 1520
Sherman Oaks, CA 91403
Tel: (213) 514-5681 / Fax: (213) 514-5682

Attorneys for Plaintiff Zabeena Maharaj,

ANDREW J. WEISSLER, SBN 343145
  aj.weissler@huschblackwell.com
ZAIN ZUBAIR, SBN 323273
  zain.zubair@huschblackwell.com
**HUSCH BLACKWELL LLP**
355 South Grand Avenue, Suite 2850
Los Angeles, CA 90071
Tel: (213) 337-6550 / Fax: (213) 337-6551

Attorneys for Defendant The Hertz Corporation

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZABEENA MAHARAJ, on behalf of Plaintiff and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>THE HERTZ CORPORATION,<br><br>Defendant. | Case No.  3:23-cv-04726-JSC<br><br>HON. JACQUELINE SCOTT CORLEY<br><br>**JOINT CASE MANAGEMENT STATEMENT RE STATUS OF DISCOVERY NEEDED FOR MEDIATION**<br><br>Dept.: Courtroom 8 – 19th Floor |

**JOINT CASE MANAGEMENT STATEMENT RE STATUS OF DISCOVERY NEEDED FOR MEDIATION**
**(Case No. 3:23-cv-04726-JSC)**

Defendant The Hertz Corporation ("Hertz" or "Defendant") and Plaintiff Zabeena Maharaj and Plaintiff Rodolfo Schulz ("Plaintiffs") (collectively, the "Parties") submit this Joint Case Management Statement re Further Case Management Conference pursuant the Court's Order of June 20, 2024.

**1.     STATUS OF DISCOVERY**

On March 28, 2024, the parties submitted their Joint Case Management Statement re Mediation. [Doc. No. 35.]  In their statement, the parties advised the Court that both parties are agreeable to private mediation, which they seek to schedule by September of 2024. [Doc. No. 35, at 2:11-12.] Parties are in the process of choosing the neutral.  Plaintiff further advised the Court that in advance of the mediation, Plaintiff will require information (either through formal or informal discovery) to calculate damages for the proposed class. [Id. at 2:9-10.]

On February 21, 2024 Plaintiff propounded Requests for Production of Documents and Interrogatories seeking the following information needed for mediation: (i) policies and procedures regarding payment of wages, providing meal and rest breaks, paying overtime, clocking in and out (ii) class time punch and payroll records (iii) correspondence to class members about any of the above wage and hour issues (iv) policies and procedures concerning any exemptions to wage and hour laws Defendant contends apply. On April 19, 2024 Defendant provided responses.

The parties are meeting and conferring regarding those responses.

On June 25, 2024 Plaintiff filed Second Amended Complaint to add a representative plaintiff Rodolfo Schulz defining a separate class consisting of "Customer Service Manager". [Doc. No. 42].

Plaintiff anticipates propounding Requests for Production of Documents and Interrogatories seeking above-described information as to "Consumer Service Managers" as well.

///

///

///

///

| | |
|---|---|
| Dated: August 8, 2024 | Respectfully submitted, |
| | /s/ Vahan Mikayelyan |
| | Joshua H. Haffner |
| | Alfredo Torrijos |
| | Vahan Mikayelyan |
| | HAFFNER LAW PC |
| | 15260 Ventura Blvd., Suite 1520 |
| | Sherman Oaks, CA 91403 |
| | Tel: (213) 514-5681 |
| | Fax: (213) 514-5682 |
| | jhh@haffnerlawyers.com |
| | at@haffnerlawyers.com |
| | vh@haffnerlawyers.com |
| | |
| | Michael Palitz* |
| | SHAVITZ LAW GROUP, P.A. |
| | 477 Madison Avenue, 6th Floor |
| | New York, NY 10022 |
| | Telephone: (800) 616-4000 |
| | mpalitz@shavitzlaw.com |
| | |
| | Mitchell Feldman* |
| | FELDMAN LEGAL GROUP |
| | 6916 W. Linebaugh Avenue |
| | Suite #101 |
| | Tampa, FL 33625 |
| | Telephone: (813) 639-9366 |
| | mfeldman@flandgatrialattorneys.com |
| | |
| | *Attorneys for Plaintiff* |

*to apply for admission *pro hac vice*

| | |
|---|---|
| Dated: August 8, 2024 | Respectfully submitted, |
| | |
| | /s/ Zain Zubair |
| | Andrew J. Weissler |
| | aj.weissler@huschblackwell.com |
| | HUSCH BLACKWELL LLP |
| | 8001 Forsyth Blvd., Suite 1500 |
| | St. Louis, Missouri 63105 |
| | Telephone: (314) 480-1926 |

Facsimile: (314) 480-1595

Zain Zubair
zain.zubair@huschblackwell.com
HUSCH BLACKWELL LLP
355 South Grand Avenue, Suite 2850
Los Angeles, CA 90071
Telephone: (213) 337-6550
Facsimile: (213) 337-6551