UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZABEENA MAHARAJ,<br><br>    Plaintiff,<br><br>v.<br><br>THE HERTZ CORPORATION,<br><br>    Defendant. | Case No. 23-cv-04726-JSC<br><br>**PRETRIAL ORDER NO. 2: ORDER FOLLOWING AUGUST 15, 2024 CMC** |

As discussed at the August 15, 2024 further status conference:

1. On or before August 29, 2024, the parties shall jointly advise the Court of the date and name of the private mediator.

2. By August 20, 2024, the party moving to compel discovery shall provide the opposing party with the moving party's portion of the discovery dispute joint letter brief. By August 23, 2024, the opposing party will provide the moving party with its portion of the letter brief, and by August 26, 2024 the moving party shall file the discovery dispute joint letter brief.

3. The Court will hold a further case management conference on November 14, 2024, at 1:30 p.m. via Zoom video. An updated joint case management conference statement is due one week in advance.

**IT IS SO ORDERED.**

Dated: August 15, 2024

JACQUELINE SCOTT CORLEY
United States District Judge