1  Joshua H. Haffner, (SBN 188652)
      jhh@haffnerlawyers.com
2  Alfredo Torrijos, (SBN 222458)
      at@haffnerlawyers.com
3  Vahan Mikayelyan, (SBN 337023)
      vh@haffnerlawyers.com
4  HAFFNER LAW PC
   15260 Ventura Blvd., Suite 1520
5  Sherman Oaks, CA 91403
   Tel: (213) 514-5681 / Fax: (213) 514-5682
6
7  Attorneys for Plaintiffs Zabeena Maharaj and Rodolfo
   Schulz on behalf of herself and all other similarly situated
8  SEYFARTH SHAW LLP
   Christopher A. Crosman (SBN 190336)
9  ccrosman@seyfarth.com
   Matthew Isaac (SBN 328882)
10 misaac@seyfarth.com
   Katherine R. Farr (SBN 355518)
11 kfarr@seyfarth.com
   2029 Century Park East, Suite 3500
12 Los Angeles, CA 90067-3021
   Telephone: (310) 201-1528
13 Fax: (310) 201-5219

14 Attorneys for Defendant
   The Hertz Corporation
15

16

17                  UNITED STATES DISTRICT COURT

18                 NORTHERN DISTRICT OF CALIFORNIA

19 | ZABEENA MAHARAJ, an individual;                 | Case No. 3:23-cv-04726-JSC
20 | RODOLFO SCHULZ, an individual, on behalf of
   | themselves and all others similarly situated and | HON. JACQUELINE SCOTT CORLEY
21 | other aggrieved employees,
   |                                                   | **STIPULATION TO CONTINUE
22 |                 Plaintiffs,                      | HEARING DATE ON MOTION FOR
   |                                                   | CLASS CERTIFICATION**
23 |         -against-
   |                                                   | **[PURSUANT TO CIV. L.R. 6-1(b) AND 6-2]**
24 | THE HERTZ CORPORATION,
   |
25 |                 Defendant.

26

27

28

1

Pursuant to Civil Local Rules 6-1(b) and 6-2, The Hertz Corporation ("Defendant") and Zabeena Maharaj and Rodolfo Schulz (Plaintiffs) (collectively the "Parties"), pursuant to Civil Local Rules 6-2(b) and 7-12, hereby stipulate and agree as follows:

WHEREAS on July 9, 2025 the Plaintiffs filed their Motion for Class Certification noticing the hearing for September 18, 2025. (Dkt. 62);

WHEREAS on September 22, 2025 Christopher Crosman, Matthew Isaac, and Katherine Farr of Seyfarth Shaw LLP made appearances as counsel for Defendant. (Dkts. 72, 73);

WHEREAS, due to the change in counsel, the Parties met and conferred and agreed pursuant to Local Rule 6-1(b) that Defendant's deadline to file its opposition to Plaintiffs' Motion for Class Certification and Plaintiffs' deadline to file their Reply shall be extended;

WHEREAS on September 29, 2025 the Court granted the Parties' stipulation to extend Defendant's deadline for opposition to Plaintiffs' Motion for Class Certification and Plaintiffs' deadline to file their Reply, setting respective deadlines of November 17, 2025 and December 8, 2025. The Court reset the hearing date for Plaintiffs' Motion for Class Certification to January 22, 2026 at 10:00 A.M. (Dkt. 75);

WHEREAS, on November 17, 2025 Defendant filed its response to Plaintiffs' Motion for Class Certification (Dkt. 77);

WHEREAS, on December 8, 2025 Plaintiffs filed the reply brief in support of their Motion for Class Certification (Dkt. 78);

WHEREAS, On December 23, 2025 the Court noticed change of time of hearing, specifically, due to the Court's trial schedule, the hearing on Plaintiffs' Motion to Certify Class set for January 22, 2026 was moved to 2:30 P.M. (Dkt. 80);

WHEREAS, Plaintiffs' counsel currently has a case set for trial starting on January 20, 2026 and will be in trial during the currently scheduled class certification hearing on January 22, 2026. Given this conflict, Plaintiffs' counsel requested to continue the class certification hearing to a date after the trial concludes;

1    WHEREAS, on January 13 and 14 of 2026 the Parties met and conferred and agreed pursuant to
2    Local Rule 6-1(b) to continue the class certification hearing to mutually agreeable date of March 5, 2026
3    at 10:00 A.M;
4    WHEREAS, the stipulated briefing and hearing schedule will not otherwise affect any deadlines
5    currently set by the Court or other applicable rules imposed upon the Parties;
6    NOW THEREFORE, the Parties stipulate and agree, by and through their undersigned counsel
7    of record and subject to the Court's approval, to modify the hearing date on Motion for Class
8    Certification.
9    **IT IS SO STIPULATED.**

DATED: January 15, 2026                 Respectfully submitted,

                                        HAFFNER LAW PC


                                        By: */s/ Vahan Mikayelyan*
                                            Joshua H. Haffner
                                            Alfredo Torrijos
                                            Vahan Mikayelyan
                                            Attorney for Plaintiffs
                                            Zabeena Maharaj and Rodolfo Schultz

DATED: January 15, 2026                 Respectfully submitted,

                                        SEYFARTH SHAW LLP


                                        By: */s/ Christopher A. Crosman*
                                            Christopher A. Crosman
                                            Matthew Isaac
                                            Katherine R. Farr
                                            Attorneys for Defendant
                                            The Hertz Corporation

| | |
|---|---|
| 1 | **SIGNATURE ATTESTATION** |

I am the ECF User whose identification and password are being used to file the foregoing *Stipulation And [Proposed] Order For Revised Briefing and Hearing Schedule*. Pursuant to Local Rule 5-1(i)(3) regarding signatures, I, Vahan Mikayelyan, attest that concurrence in the filing of this document has been obtained.

Dated: January 15, 2026                               By: */s/ Vahan Mikayelyan*
                                                              Vahan Mikayelyan