HAFFNER LAW PC
Joshua H. Haffner (SBN 188652)
jhh@haffnerlawyers.com
Alfredo Torrijos (SBN 222458)
at@haffnerlawyers.com
Vahan Mikayelyan (SBN 337023)
vh@haffnerlawyers.com
15260 Ventura Blvd., Suite 1520
Sherman Oaks, CA 91403
Telephone:   (213) 514-5681
Facsimile:   (213) 514-5682

Attorneys for Plaintiffs ZABEENA
MAHARAJ AND RODOLFO SCHULZ

SEYFARTH SHAW LLP
Christopher A. Crosman (SBN 190336)
ccrosman@seyfarth.com
Katherine R. Farr (SBN 355518)
kfarr@seyfarth.com
Matthew Isaac (SBN 328882)
misaac@seyfarth.com
2029 Century Park East, Suite 3500
Los Angeles, California 90067-3021
Telephone:   (310) 277-7200
Facsimile: (310) 201-5219

Attorneys for Defendant
THE HERTZ CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZABEENA MAHARAJ, RODOLFO SCHULZ,<br><br>                              Plaintiffs,<br><br>        v.<br><br>THE HERTZ CORPORATION,<br><br>                              Defendant. | Case No. 23-cv-04726-JSC<br><br>**NOTICE OF SETTLEMENT**<br><br>Action Filed:  January 18, 2024<br>Removed:       February 21, 2024<br>Trial:              March 1, 2027 |

326872628v.1

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that the parties in the above-captioned action have finalized a settlement resolving all claims in this matter.

Final payment pursuant to the settlement will occur within approximately 30 days after the finalization of the settlement agreements. Thereafter, the parties will file a Joint Motion to Dismiss pursuant to Federal Rule of Civil Procedure 41(a).

Accordingly, the parties respectfully request that the Court vacate all pending deadlines and hearings in this matter, or continue them as appropriate, pending the filing of the Joint Stipulation for Dismissal.

DATED: June 30, 2026

Respectfully submitted,

HAFFNER LAW PC

By: */s/ Vahan Mikayelyan*
Joshua H. Haffner
Alfredo Torrijos
Vahan Mikayelyan
*Attorney for Plaintiffs*
Zabeena Maharaj and Rodolfo Schultz

DATED: June 30, 2026

Respectfully submitted,

SEYFARTH SHAW LLP

By: */s/ Matthew Isaac*
Christopher A. Crosman
Matthew Isaac
Katherine R. Farr
*Attorneys for Defendant*
The Hertz Corporation

2

NOTICE OF SETTLEMENT

326872628v.1

## SIGNATURE ATTESTATION

I am the ECF User whose identification and password are being used to file the foregoing Notice of Settlement. Pursuant to Local Rule 5-1(i)(3) regarding signatures, I, Matthew Isaac, attest that concurrence in the filing of this document has been obtained.


Dated:  June 30, 2026                                         */s/ Matthew Isaac*
                                                                              Matthew Isaac

NOTICE OF SETTLEMENT

326872628v.1