HAFFNER LAW PC
Joshua H. Haffner (SBN 188652)
jhh@haffnerlawyers.com
Alfredo Torrijos (SBN 222458)
at@haffnerlawyers.com
Vahan Mikayelyan (SBN 337023)
vh@haffnerlawyers.com
15260 Ventura Blvd., Suite 1520
Sherman Oaks, CA 91403
Telephone:    (213) 514-5681
Facsimile:     (213) 514-5682

Attorneys for Plaintiffs ZABEENA
MAHARAJ AND RODOLFO SCHULZ

SEYFARTH SHAW LLP
Christopher A. Crosman (SBN 190336)
ccrosman@seyfarth.com
Katherine R. Farr (SBN 355518)
kfarr@seyfarth.com
Matthew Isaac (SBN 328882)
misaac@seyfarth.com
2029 Century Park East, Suite 3500
Los Angeles, California 90067-3021
Telephone:  (310) 277-7200
Facsimile:  (310) 201-5219

Attorneys for Defendant
THE HERTZ CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZABEENA MAHARAJ, RODOLFO SCHULZ,<br><br>Plaintiffs,<br><br>v.<br><br>THE HERTZ CORPORATION,<br><br>Defendant. | Case No. 23-cv-04726-JSC<br><br>**UPDATED JOINT CASE MANAGEMENT STATEMENT**<br><br>Action Filed:    January 18, 2024<br>Removed:    February 21, 2024<br>Trial:    March 1, 2027 |

326824092v.1

Plaintiffs Zabeena Maharaj ("Ms. Maharaj") and Rodolfo Schulz ("Mr. Schulz") (collectively, the "Plaintiffs") and Defendant The Hertz Corporation ("Defendant") (collectively, the "Parties") jointly submit this Further Joint Case Management Statement pursuant to the Standing Order for All Judges of the Northern District of California, Civil Local Rule 16-9, Civil Standing Order for District Judge Jacqueline Scott Corley, Section E, and Order to Advance Case Management Conference. (Dkt. 85), and the Court's Pretrial Order No. 3: Case Schedule Through Trial, Section I. (Dkt. 88). This statement is filed ahead of the Further Case Management Conference scheduled for July 8, 2026.

1.    **Jurisdiction and Service**

Unchanged from the parties' Joint Case Management Conference Statement. *See* Dkt. No. 22

2.    **Facts**

Unchanged from the parties' Further Joint Case Management Conference Statement. *See* Dkt. No. 86.

3.    **Legal Issues**

Unchanged from the parties' joint Case Management Conference Statement. See Dkt. No. 22.

4.    **Motions**

Unchanged from the parties' Further Joint Case Management Conference Statement. *See* Dkt. No. 86.

5.    **Amendment of Pleadings**

Unchanged from the parties' joint Case Management Conference Statement. *See* Dkt. No. 22

6.    **Evidence Preservation**

Unchanged from the parties' joint Case Management Conference Statement. *See* Dkt. No. 22

7.    **Disclosures**

Unchanged from the parties' Further Joint Case Management Conference Statement. *See* Dkt. No. 86.

8.    **Discovery**

Unchanged from the parties' Further Joint Case Management Conference Statement. *See* Dkt. No. 86.

UPDATED JOINT CASE MANAGEMENT STATEMENT

326824092v.1

9.   **Class Actions**

Unchanged from the parties' Further Joint Case Management Conference Statement. *See* Dkt. No. 86.

10.   **Related Cases**

Unchanged from the parties' joint Case Management Conference Statement. *See* Dkt. No. 22

11.   **Relief**

Unchanged from the parties' Further Joint Case Management Conference Statement. *See* Dkt. No. 86.

12.   **Settlement and ADR**

After meet and confer efforts, the parties have come to a resolution of settling this matter.

13.   **Other References**

Unchanged from the parties' joint Case Management Conference Statement. *See* Dkt. No. 22

14.   **Narrowing of Issues**

Unchanged from the parties' joint Case Management Conference Statement. *See* Dkt. No. 22

15.   **Scheduling**

Unchanged from the parties' Further Joint Case Management Conference Statement. *See* Dkt. No. 86.

16.   **Trial**

Unchanged from the parties' Further Joint Case Management Conference Statement. *See* Dkt. No. 86.

17.   **Disclosure of Non-Party Interested Entities or Persons**

Unchanged from the parties' joint Case Management Conference Statement. *See* Dkt. No. 22

18.   **Professional Conduct**

Unchanged from the parties' joint Case Management Conference Statement. *See* Dkt. No. 22

19.   **Such Matters that may Facilitate Disposition of this Matter**

Unchanged from the parties' joint Case Management Conference Statement. *See* Dkt. No. 22

UPDATED JOINT CASE MANAGEMENT STATEMENT

326824092v.1

DATED: June 30, 2026

Respectfully submitted,

HAFFNER LAW PC

By: */s/ Vahan Mikayelyan*
    Joshua H. Haffner
    Alfredo Torrijos
    Vahan Mikayelyan
    Attorney for Plaintiffs
    Zabeena Maharaj and Rodolfo Schultz

DATED: June 30, 2026

Respectfully submitted,

SEYFARTH SHAW LLP

By: */s/ Matthew Isaac*
    Christopher A. Crosman
    Matthew Isaac
    Katherine R. Farr
    Attorneys for Defendant
    The Hertz Corporation

4

UPDATED JOINT CASE MANAGEMENT STATEMENT

326824092v.1

**<u>SIGNATURE ATTESTATION</u>**

I am the ECF User whose identification and password are being used to file the foregoing Updated Joint Case Management Statement. Pursuant to Local Rule 5-1(i)(3) regarding signatures, I, Matthew Isaac, attest that concurrence in the filing of this document has been obtained.


Dated:  June 30, 2026                          */s/ Matthew Isaac*
                                                                Matthew Isaac

UPDATED JOINT CASE MANAGEMENT STATEMENT

326824092v.1